IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARL R. THORNTON, JR.**  **PLAINTIFF**
ADC #136831

v.  4:25-cv-00076-JM

**WELLPATH MEDICAL,**
Pine Bluff Unit, EARU, ORCU Malvern; *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 10th day of April, 2025.

_____
James M. Moody Jr.
United States District Judge

1